1  RANDY S. GROSSMAN
   United States Attorney
2  NICHOLAS W. PILCHAK
   California Bar No. 331711
3  ERIC R. OLAH
   California State Bar No. 295513
4  MEGHAN E. HEESCH
   Minnesota State Bar No. 0395912
5  Assistant U.S. Attorneys
   Federal Office Building
6  880 Front Street, Room 6293
   San Diego, California 92101-8893
7  Telephone: (619) 546-9709
   E-mail: Nicholas.Pilchak@usdoj.gov
8
   Attorneys for Plaintiff
9  United States of America

10                    UNITED STATES DISTRICT COURT

11                   SOUTHERN DISTRICT OF CALIFORNIA

12  | UNITED STATES OF AMERICA, | Case No. 22-CR-1152-BAS |
    |---|---|
13  | Plaintiff, | NOTICE OF LIS PENDENS FOR PROPERTY LOCATED AT 4760 RANCHO DEL MAR TRAIL, SAN DIEGO, CALIFORNIA |
14  | v. | |
15  | KARIM ARABI (1), SHEIDA ALAN (2), | |
16  | aka Sheida Arabi, SANJIV TANEJA (3), and | |
17  | ALI AKBAR SHOKOUHI (4), | |
18  | Defendants. | |

19

20  **OWNER OF RECORD:**     ALI AKBAR SHOKOUHI

21       PLEASE TAKE NOTICE that the indictment has been returned in the United

22  States District Court for the Southern District of California against Defendant ALI

23  AKBAR SHOKOUHI, which indictment and bill of particulars also seek the forfeiture

24  of Defendant Ali Akbar Shokouhi's right, title to, and interest in that real property

25  located at 4760 Rancho Del Mar Trail, San Diego, California, and all appurtenances

26  affixed thereto. The real property is more particularly described as:

27

28

**ASSESSORS PARCEL NO. 304-630-04-00**

PARCEL 1:

LOT 4 OF DEL MAR HIGHLANDS ESTATES, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 13818, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, JULY 2, 1999.

PARCEL 2:

A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS OVER THE PRIVATE DRIVES, STREET AND COMMON AREA OF THE ABOVE-REFERENCED TRACT MAP, AS PROVIDED FOR IN AND SUBJECT TO THAT CERTAIN AMENDED AND RELATED DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND GRANT OF EASEMENTS FOR RANCHO PACIFICA HOMEOWNERS ASSOCIATION RECORDED FEBRUARY 11, 2000 AS INSTRUMENT NO. 00-73953 OF OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, CALIFORNIA.

Upon conviction, Defendant ALI AKBAR SHOKOUHI will be ordered to forfeit to the United States the real property located at 4760 Rancho Del Mar Trail, San Diego, California 92130-5210, APN 304-630-04-00, in that said property is proceeds of and was used to facilitate the commission of violations of Title 18, United States Code, Section 1343, 1956(h), and 1957, thereby subjecting it to forfeiture to the United States pursuant to Title 18, United States Code, Sections 981 (a)(1)(c), 982 (a)(1), and 982 (b) and Title 28, United States Code, Section 2461(c).

The owner of record of the above-described property is Ali Akbar Shokouhi.

BE ADVISED THAT upon the entry of an Order of Criminal Forfeiture in favor of the United States, all right, title and interest of Ali Akbar Shokouhi in said property shall vest in the United States back to the date of the commission of the acts giving rise to the forfeiture.

DATED: August 9, 2022.

RANDY S. GROSSMAN
United States Attorney

*/s/ Nicholas W. Pilchak*

NICHOLAS W. PILCHAK
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 22-CR-1152-BAS |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| ALI AKBAR SHOKOUHI (4), | |
| Defendant. | |

IT IS HEREBY CERTIFIED that:

I, Nicholas W. Pilchak, am a citizen of the United States over the age of 18 years and a resident of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893; I am not a party to the above-entitled action.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, certified mail, to the following non-ECF participants in this case, or to their legal counsel:

1. Ali Akbar Shokouhi
   4760 Rancho Del Mar Trail,
   San Diego, CA 92113

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 9, 2022.

NICHOLAS W. PILCHAK
Assistant United States Attorney
Attorney for Plaintiff