DAVID K. WILLINGHAM (Bar No. 198874)
dwillingham@kslaw.com
JAMIE A. LANG (Bar No. 253769)
jlang@kslaw.com
BLYTHE G. KOCHSIEK (Bar No. 285389)
bkochsiek@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:  (213) 443-4355
Facsimile:   (213) 443-4310

Attorneys for Defendant ALI AKBAR SHOKOUHI

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARIM ARABI, et al.,<br><br>Defendants. | Case No. 3:22-cr-01152-BAS (KSC)<br>Honorable Cynthia A. Bashant<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER REGARDING CONDITIONS OF RELEASE** |

1 | Defendant Ali Akbar Shokouhi hereby respectfully requests as follows:

2 | On August 9, 2022, the parties appeared and agreed to Defendant Ali Akbar Shokouhi's conditions of release, which included a provision restricting Mr. Shokouhi's travel to San Diego County. *See* CR 20. On September 22, 2022, upon reviewing Mr. Shokouhi's unopposed application, the Court modified Mr. Shokouhi's conditions of release to allow him to travel throughout California. *See* CR 75. Since his release on bond, Mr. Shokouhi has been compliant with the terms and conditions of his pre-trial release.

Mr. Shokouhi wishes to travel to the State of New York on June 13, 2023 through June 21, 2023 to attend a business meeting and to visit his youngest daughter who lives there.

Counsel for Mr. Shokouhi reached out to both the government and Pretrial Services for their positions on this request, and neither had any objection.

Accordingly, for the reasons stated above, Mr. Shokouhi respectfully requests through this motion that the Court amend Mr. Shokouhi's Conditions of Release to allow him to travel to the State of New York from June 13, 2023 through June 21, 2023.

Dated: June 2, 2023                              KING & SPALDING LLP

By: */s/ Jamie A. Lang*
    DAVID K. WILLINGHAM
    JAMIE A. LANG
    BLYTHE G. KOCHSIEK
    Attorneys for Defendant ALI AKBAR SHOKOUHI

---

1
UNOPPOSED MOTION AND [PROPOSED] ORDER REGARDING CONDITIONS OF RELEASE