1  Marshall A. Camp, State Bar No. 231389
   mcamp@hueston.com
2  Padraic W. Foran, State Bar No. 268278
   pforan@hueston.com
3  Martin E. Brenner, State Bar No. 333540
   mbrenner@hueston.com
4  HUESTON HENNIGAN LLP
   523 West 6th Street, Suite 400
5  Los Angeles, CA 90014
   Telephone:  (213) 788-4340
6  Facsimile:   (888) 775-0898

7  Attorneys for Non-Party
   Qualcomm Technologies, Inc.
8

9                    **UNITED STATES DISTRICT COURT**

10                   **SOUTHERN DISTRICT OF CALIFORNIA**

11

12 | UNITED STATES OF AMERICA | Case No. 3:22-CR-01152-BAS |
   |---|---|
   | Plaintiff, | **DECLARATION OF PADRAIC W. FORAN IN SUPPORT OF NON-PARTY QUALCOMM TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION TO QUASH RULE 17(c) SUBPOENA DUCES TECUM** |
   | vs. | |
   | KARIM ARABI, SHEIDA ALAN, SANJIV TANEJA, and ALI AKBAR SHOKOUHI | |
   | Defendants. | *[Filed concurrently herewith: Motion to Quash]* |
   | | Date:       TBD |
   | | Time:       TBD |
   | | Courtroom: 12B |
   | | Judge:      Hon. Cynthia Bashant |

---

DECLARATION OF PADRAIC FORAN ISO QUALCOMM'S MOTION TO QUASH

6477962

<u>DECLARATION OF PADRAIC W. FORAN</u>

I, Padraic W. Foran, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am a partner of the law firm of Hueston Hennigan LLP, counsel of record for Qualcomm Technologies, Inc. ("Qualcomm") in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Rule 17(c) Subpoena *Duces Tecum* served by Defendant Karim Arabi on Qualcomm on August 7, 2023. Exhibit A is identical to the subpoena served on Qualcomm except that Exhibit A does not include a copy of the Court's July 28, 2023 Order, which was included in the version of the subpoena that was served on Qualcomm.

3. Attached hereto as **Exhibit B** is a true and correct copy of Defendant Karim Arabi's first set of Requests for Production served on Qualcomm in the Civil Litigation.

4. In 2017 and 2018, Qualcomm filed a civil action in San Diego Superior Court against Karim Arabi and other defendants in the matter of *Qualcomm v. Arabi et al.*, Case Number 37-2017-00040719-CU-FR-CTL (S.D. Super.) (Trapp, J.) (the "Civil Litigation"). The Civil Litigation related to the same fraud at issue in this case. My firm and I represented Qualcomm in the Civil Litigation.

5. In the Civil Litigation, Arabi served at least 57 requests for production, at least 32 special interrogatories, and at least 30 requests for admission. In response to Arabi and other defendants' requests for production, Qualcomm produced approximately 99,868 documents.

6. In May 2020 and May 2022, the Government served Qualcomm with grand jury subpoenas related to this case (the "Grand Jury Subpoenas"). The Grand Jury Subpoenas contain a total of 15 document requests, including a request for "All

documents, records and ESI produced by any party in connection with the Civil [Litigation]."

7. Qualcomm produced approximately 102,508 documents to the Government in response to the Grand Jury Subpoenas, including all the documents that Qualcomm had previously produced to Arabi in the Civil Litigation. Qualcomm also produced interrogatory responses and other written discovery from the Civil Litigation, certain Qualcomm company policies and personnel records, and other materials.

8. It is my understanding that Arabi and his co-defendants have access to all documents produced by Qualcomm to the Government.

9. Following and pursuant to Qualcomm's settlement with Sanjiv Taneja in the Civil Litigation, I participated in investigative interviews with Sanjiv Taneja. Qualcomm's investigative interviews with Mr. Taneja were conducted by my firm as outside counsel, at the direction of Qualcomm's in-house counsel, to prepare for the Civil Litigation.

10. When Qualcomm has communicated with the Government relating to this case, it is my understanding that such communications have occurred entirely through Qualcomm's in-house counsel and outside counsel at my firm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of August, 2023 at Los Angeles, California.

_____
Padraic W. Foran

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 523 West 6th Street, Suite 400, Los Angeles, CA 90014.

On August 22, 2023, I served the foregoing document(s) described as:

**DECLARATION OF PADRAIC W. FORAN IN SUPPORT OF NON-PARTY QUALCOMM TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION TO QUASH RULE 17(c) SUBPOENA DUCES TECUM; MEMORANDUM OF POINTS AND AUTHORITIES**

on the interested parties in this action as stated below:

Whitney Z. Bernstein
Bienert Katzman Littrell Williams LLP
903 Calle Amanecer, #350
San Clemente, CA 92673

[X]  BY E-MAIL OR ELECTRONIC TRANSMISSION: I served the persons at the e-mail addresses listed above from email address mbrenner@hueston.com. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 22, 2023, at Los Angeles, California.

| Martin Brenner | /s/ Martin Brenner |
|---|---|
| (Type or print name) | (Signature) |