Marshall A. Camp, State Bar No. 231389
mcamp@hueston.com
Padraic W. Foran, State Bar No. 268278
pforan@hueston.com
Martin E. Brenner, State Bar No. 333540
mbrenner@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:  (213) 788-4340
Facsimile:  (888) 775-0898

Counsel for Non-Party
Qualcomm Technologies, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>KARIM ARABI, SHEIDA ALAN, SANJIV TANEJA, and ALI AKBAR SHOKOUHI<br><br>Defendants. | Case No. 3:22-CR-01152-BAS<br><br>**DECLARATION OF MARTIN E BRENNER** |

# DECLARATION OF MARTIN E. BRENNER

I, Martin E. Brenner, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am an associate of the law firm of Hueston Hennigan LLP, counsel of record for Qualcomm Technologies, Inc. ("Qualcomm") in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On or about August 7, 2023, Qualcomm was served a Rule 17(c) subpoena by counsel for Defendant Karim Arabi seeking the production of various categories of documents in connection with *United States v. Arabi et al.*, Case No. 22-CR-01152-BAS.

3. On August 22, 2023, at approximately 8:15 p.m., I worked with legal staff at my law firm to file and serve Qualcomm's Motion to Quash and a supporting declaration. Unbeknownst to me or my staff assisting with the filing, I was unable to electronically file these documents because Qualcomm is not a party to the criminal proceeding. The Southern District of California's Electronic Filing Manual states that, for civil cases, filers can add a party to the ECF system. I learned for the first time on the evening of August 22, 2023, that the same function is not available for criminal proceedings.

4. After learning that I would be unable to electronically file on August 22, 2023, I served the Motion to Quash to counsel for Defendant Arabi, Whitney Bernstein, via email.

5. I intend to paper file Qualcomm's Motion to Quash and the supporting declaration on August 23, 2023, when the courthouse opens.

1   I declare under penalty of perjury that the foregoing is true and correct.
2   Executed on this 22nd day of August, 2023, at Los Angeles, California.

_____
Martin Brenner