DAVID K. WILLINGHAM (SBN 198874)
dwillingham@kslaw.com
JAMIE A. LANG (SBN 253769)
jlang@kslaw.com
BLYTHE G. KOCHSIEK (SBN 285389)
bkochsiek@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355

ANDREW J. GALVIN (SBN 261925)
andrew.galvin@btlaw.com
BARNES & THORNBURG LLP
655 W Broadway, Suite 1300
San Diego, CA 92101
Telephone: (619) 321-5000

*Attorneys for Defendant
Ali Akbar Shokouhi*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KARIM ARABI, et al., <br><br> Defendants. | Case No. 3:22-CR-01152-BAS <br><br> **JOINT MOTION TO CONTINUE DEFENDANT ALI AKBAR SHOKOUHI'S SENTENCING HEARING** |

The parties, ALI AKBAR SHOKOUHI, by and through his attorneys Andrew J. Galvin, David K. Willingham, Jamie A. Lang, and Blythe G. Kochsiek, and the UNITED STATES OF AMERICA, by and through its counsel Tara K. McGrath, United States Attorney, and Assistant United States Attorneys Nicholas W. Pilchak, Janaki G. Chopra, and Eric R. Olah, hereby jointly move this Court to continue the sentencing hearing currently scheduled for June 24, 2024, at 9:30 a.m., to March 10, 2025, at 9:30 a.m. The parties are still resolving various issues that will likely have a direct impact on their sentencing recommendations. In addition, United States Probation has no objection to the requested continuance.

For these reasons, and for good cause shown, the parties respectfully request that the Court continue the sentencing hearing from June 24, 2024, at 9:30 a.m., to March 10, 2025, at 9:30 a.m.

Respectfully submitted,

Dated: May 23, 2024        KING & SPALDING LLP

By: */s/ David K. Willingham*
David K. Willingham
Jamie A. Lang
Blythe G. Kochsiek

BARNES & THORNBURG LLP
Andrew J. Galvin

*Attorneys for Defendant*
*Ali Akbar Shokouhi*

Dated: May 23, 2024        TARA K. MCGRATH
United States Attorney

By: */s/ Eric R. Olah*
Nicholas W. Pilchak
Janaki G. Chopra
Eric R. Olah

*Assistant U.S. Attorneys*

**CERTIFICATE OF AUTHORIZATION TO SIGN SIGNATURE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to all counsel for the Plaintiff and that I have obtained authorization from each attorney to affix his or her electronic signature to this document.

Dated: May 23, 2024   /s/ *David K. Willingham*
  David K. Willingham