1  DAVID K. WILLINGHAM (Bar No. 198874)
   dwillingham@kslaw.com
2  JAMIE A. LANG (Bar No. 253769)
   jlang@kslaw.com
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1600
4  Los Angeles, CA 90071
   Telephone:  (213) 443-4355
5  Facsimile:  (213) 443-4310

6  Attorneys for Defendant ALI AKBAR
   SHOKOUHI
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>KARIM ARABI, et al.,<br><br>         Defendants. | Case No. 3:22-cr-01152-BAS<br>Honorable Cynthia A. Bashant<br><br>**JOINT MOTION TO CONTINUE DEFENDANT ALI AKBAR SHOKOUHI'S SENTENCING HEARING** |

1    The parties, ALI AKBAR SHOKOUHI, by and through his attorneys David K. Willingham and Jamie A. Lang, and the UNITED STATES OF AMERICA, by and through its counsel Adam Gordon, United States Attorney, and Assistant United States Attorneys Nicholas W. Pilchak, Janaki G. Chopra, and Eric R. Olah, hereby jointly move this Court to continue the sentencing hearing currently scheduled for October 24, 2025 at 10:00 a.m. to January 23, 2026, at 10:00 a.m.  Over the past several months, the parties have been engaging in discussions regarding the sale of Mr. Shokouhi's primary residence, consistent with the terms of Mr. Shokouhi's plea agreement.  (See Dkt. 179). Accordingly, the parties are currently in the process of selling Mr. Shokouhi's primary residence, consistent with his forfeiture and restitution obligations, but respectfully request additional time to complete the sale, if possible.

For these reasons, and for good cause shown, the parties respectfully request that the Court continue the sentencing hearing from October 24, 2025, at 10:00 a.m., to January 23, 2026, at 10:00 a.m.

Respectfully submitted,

Dated:  October 8, 2025            KING & SPALDING LLP

By:  /s/ David K. Willingham
     David K. Willingham
     Jamie A. Lang
     *Attorneys for Ali Akbar Shokouhi*


Dated:  October 8, 2025            ADAM GORDON
                                   UNITED STATES ATTORNEY

By:  /s/ Nicholas Pilchak
     Nicholas W. Pilchak
     Janaki G. Chopra
     Eric R. Olah
     *Attorneys for United States of America*

## CERTIFICATE OF AUTHORIZATION TO SIGN SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to all counsel for the Plaintiff and that I have obtained authorization from each attorney to affix his or her electronic signature to this document.

Dated: October 8, 2025                    */s/David K. Willingham*
                                          David K. Willingham