DAVID K. WILLINGHAM (Bar No. 198874)
 dwillingham@kslaw.com
JAMIE A. LANG (Bar No. 253769)
 jlang@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:  (213) 443-4355
Facsimile:  (213) 443-4310

Attorneys for Defendant ALI AKBAR SHOKOUHI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>KARIM ARABI, et al.,<br><br>        Defendants. | Case No. 3:22-cr-01152-BAS<br>Honorable Cynthia A. Bashant<br><br>**JOINT MOTION TO CONTINUE DEFENDANT ALI AKBAR SHOKOUHI'S SENTENCING HEARING** |

The parties, ALI AKBAR SHOKOUHI, by and through his attorneys David K. Willingham and Jamie A. Lang, and the UNITED STATES OF AMERICA, by and through its counsel Adam Gordon, United States Attorney, and Assistant United States Attorneys Nicholas W. Pilchak, Janaki G. Chopra, and Eric R. Olah, hereby jointly move this Court to continue the sentencing hearing currently scheduled for January 23, 2026 at 10:00 a.m., to January 30, 2026, at 10:00 a.m., due to a scheduling conflict that requires Mr. Shokouhi's counsel to travel out of the state.

For these reasons, and for good cause shown, the parties respectfully request that the Court continue the sentencing hearing from January 23, 2026, at 10:00 a.m., to January 30, 2026, at 10:00 a.m.

Respectfully submitted,

Dated: December 17, 2025        KING & SPALDING LLP

By: */s/ David K. Willingham*
    David K. Willingham
    Jamie A. Lang
    *Attorneys for Ali Akbar Shokouhi*

Dated: December 17, 2025        ADAM GORDON
                                UNITED STATES ATTORNEY

By:  */s/ Nicholas Pilchak*
     Nicholas W. Pilchak
     Janaki G. Chopra
     Eric R. Olah
     *Attorneys for United States of America*

## **CERTIFICATE OF AUTHORIZATION TO SIGN SIGNATURE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to all counsel for the Plaintiff and that I have obtained authorization from each attorney to affix his or her electronic signature to this document.

Dated: December 17, 2025

/s/David K. Willingham
David K. Willingham