| | |
|---|---|
| 1 | DAVID K. WILLINGHAM (Bar No. 198874) |
| | *dwillingham@kslaw.com* |
| 2 | JAMIE A. LANG (Bar No. 253769) |
| | *jlang@kslaw.com* |
| 3 | KING & SPALDING LLP |
| | 633 West Fifth Street, Suite 1600 |
| 4 | Los Angeles, CA 90071 |
| | Telephone: (213) 443-4355 |
| 5 | Facsimile: (213) 443-4310 |
| 6 | Attorneys for Defendant ALI AKBAR SHOKOUHI |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-01152-BAS |
| Plaintiff, | Honorable Cynthia A. Bashant |
| v. | **ALI AKBAR SHOKOUHI'S ACKNOWLEDGMENT OF COURT DATE** |
| KARIM ARABI, et al., | |
| Defendants. | Date: January 30, 2026 |
| | Time: 9:30 A.M. |
| | Dept.: Courtroom 12B |
| | Judge: Honorable Cynthia Bashant |

1 |     I, Ali Akbar Shokouhi, hereby acknowledge that the next court date in the above
2 | captioned action is scheduled for Friday, January 30, 2026 at 9:30 a.m.

Dated:  December 19, 2025

By: _____
ALI AKBAR SHOKOUHI

ALI AKBAR SHOKOUHI'S ACKNOWLEDGMENT OF COURT DATE