DAVID K. WILLINGHAM (Bar No. 198874)
 dwillingham@kslaw.com
JAMIE A. LANG (Bar No. 253769)
 jlang@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:  (213) 443-4355
Facsimile:   (213) 443-4310

Attorneys for Defendant
ALI AKBAR SHOKOUHI

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARIM ARABI, et al.,<br><br>Defendants. | Case No. 3:22-cr-01152-BAS<br>Honorable Cynthia A. Bashant<br><br>**JOINT MOTION TO CONTINUE DEFENDANT ALI AKBAR SHOKOUHI'S SENTENCING HEARING** |
|---|---|

The parties, ALI AKBAR SHOKOUHI, by and through his attorneys David K. Willingham and Jamie A. Lang, and the UNITED STATES OF AMERICA, by and through its counsel Adam Gordon, United States Attorney, and Assistant United States Attorneys Nicholas W. Pilchak, Janaki G. Chopra, and Eric R. Olah, hereby jointly move this Court to continue the sentencing hearing currently scheduled for January 30, 2026, at 9:30 a.m., to February 6, 2026, at 9:30 a.m. Mr. Shokouhi has been dealing with several ongoing health issues and was recently diagnosed with a new serious health issue that requires prompt evaluation and medical attention which Mr. Shokouhi is scheduled to receive in the coming weeks.[1]

For these reasons, and for good cause shown, the parties respectfully request that the Court continue the sentencing hearing from January 30, 2026, at 9:30 a.m., to February 6, 2026, at 9:30 a.m.

Respectfully submitted,

Dated: January 21, 2026         KING & SPALDING LLP

By: */s/ David K. Willingham*
David K. Willingham
Jamie A. Lang
*Attorneys for Ali Akbar Shokouhi*

Dated: January 21, 2026         ADAM GORDON
UNITED STATES ATTORNEY

By: */s/ Nicholas Pilchak*
Nicholas W. Pilchak
Janaki G. Chopra
Eric R. Olah
*Attorneys for United States of America*

---

[1] Mr. Shokouhi would be happy to provide further information regarding his current health issues if the Court has additional questions.

# **CERTIFICATE OF AUTHORIZATION TO SIGN SIGNATURE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to all counsel for the Plaintiff and that I have obtained authorization from each attorney to affix his or her electronic signature to this document.

Dated: January 21, 2026                              */s/David K. Willingham*
                                                      David K. Willingham