| | |
|---|---|
| 1 | DAVID K. WILLINGHAM (Bar No. 198874) |
| | dwillingham@kslaw.com |
| 2 | JAMIE A. LANG (Bar No. 253769) |
| | jlang@kslaw.com |
| 3 | KING & SPALDING LLP |
| | 633 West Fifth Street, Suite 1600 |
| 4 | Los Angeles, CA 90071 |
| | Telephone:   (213) 443-4355 |
| 5 | Facsimile:    (213) 443-4310 |
| 6 | Attorneys for Defendant ALI AKBAR SHOKOUHI |

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-01152-BAS-4 |
| Plaintiff, | **DECLARATION OF DAVID K. WILLINGHAM IN SUPPORT OF DEFENDANT ALI AKBAR SHOKOUHI'S APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO AND PORTIONS OF SENTENCING BRIEF** |
| v. | |
| KARIM ARABI, et al., | |
| Defendants. | |
| | **Date:** February 6, 2026 |
| | **Time:** 9:30 a.m. |
| | **Crtrm:** 12B |
| | The Honorable Cynthia A. Bashant |

DECLARATION OF DAVID K. WILLINGHAM IN SUPPORT OF DEFENDANT'S APPLICATION TO SEAL

## DECLARATION OF DAVID K. WILLINGHAM

1. I am an attorney at the law firm of King & Spalding LLP. I am licensed to practice law in the State of California and admitted to practice in this Court. I represent Defendant Ali Akbar Shokouhi in this matter. I make this declaration based on personal knowledge.

2. Portions of Mr. Shokouhi's sentencing brief, Exhibit A, Exhibit A-1, as well as the entirety of Exhibit B, discuss confidential medical and mental health information relating to Mr. Shokouhi, his family, and on occasion third parties. I believe it is appropriate to file such information under seal to protect the privacy interests of various individuals as detailed in the accompanying application.

3. To minimize sealing, Mr. Shokouhi will publicly file copies of his sentencing brief, Exhibit A, and Exhibit A-1 which redact only those portions referencing medical and mental health information. However, Exhibit B contains only medical letters and records and should be sealed in its entirety.

4. Attached are true and correct copies of:

    a. **Mr. Shokouhi's Sentencing Brief**, highlighting in blue the portions discussing confidential medical and mental health information, which he proposes to redact in the publicly-filed version of this document;

    b. **Exhibits A and A-1**, highlighting in blue the portions discussing confidential medical and mental health information, which Mr. Shokouhi proposes to redact in the publicly-filed version of this document; and

    c. **Exhibit B**, which consists of (i) letters from Mr. Shokouhi's doctors describing his medical conditions, and (ii) select medical records, the entirety of which should be filed under seal.

5. On January 27, 2026, the government indicated that it does not object to the sealing of the requested materials.

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct.

1  Executed on January 30, 2026, at Los Angeles, California.

 */s/ David K. Willingham*
DAVID K. WILLINGHAM