# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit A – Letters of Support

# Table of Contents
# Exhibit A – Letters of Support

| Name | Relationship | Page Number |
|---|---|---|
| Fariba Shokouhi | Wife | 1 |
| Hanna Shokouhi | Daughter | 8 |
| Sara Shokouhi | Daughter | 11 |

The Honorable Cynthia Bashant
United States District Court Judge

Dear Judge Bashant:

My name is Fariba Shokouhi. I'm writing to you on behalf of my husband, Akbar Shokouhi. It was 44 years ago when I met Akbar in India, where we became college sweethearts. A young, intelligent, and handsome boy who had a reputation for helping new students coming from Iran as refugees or students who escaped the Islamic Republic of Iran. Although he was only 20 years old, he took the newcomers under his wing and made living in a new country a little easier for them. My brother was one of them, and that is how we met.

For me being 18 years old, everything was so strange and different in India. We weren't tourists enjoying a beautiful country before going back home. "Home" in Iran didn't welcome us anymore, and for the next five years, India was our home.

While in India and at only 21 years old, ███████████████████████████████████ ███████████████████████████████████ ███████████████████████████ He said, "I will overcome this", and he did. Akbar went back to Iran to get a second opinion. There, ███████████████████████ ███████████████████████████████████████████████████ ██████████████████████

Despite his medical challenges and his family's concern to let him leave Iran, he decided to go back and continue his education in India. Iran was going through a turmoil and the dictatorship government was killing and executing anyone who was against it. The students who studied abroad and were against the dictatorship government were captured at the airport and some were executed. Under those circumstances, Akbar didn't take the risk of going through the Tehran airport to come back to India and instead escaped from the south-west of Iran. I was worried Akbar would never come back and I would never see him again. I had no idea about his escape until I saw him in front of our college in India. I was extremely shocked; I was so happy to see him to a point that I sat on the ground and cried from happiness. Akbar told me the story of his escape from Iran through Pakistan, how long it took him to get to India, and the challenges he faced during his escape. It was so heroic.

Unfortunately, █████████████████████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ █████████████████████████████████████████████████ ████████████████████████████████████████████████ ███████████████████████████████████████████████████

1

1



we never hear him complaining. Akbar doesn't let all the health issues interfere with his life. He always stays positive. If someone sees Akbar for the first time, they will never guess he has any problems with his health because of the way he carries himself at home, work, and in society. I have NEVER seen anybody with so many health complications who is so strong and positive. I think that is what has been keeping him alive for 64 years.

Even though he doesn't want to show his health issues, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, it makes me think and worry that this time, he isn't going to make it. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ It is so hard to witness his ongoing heath challenges. Although I'd never change a thing about my life with him, his health is a big everyday worry and concern in my life.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ catalyzed him to apply for refugee status and ultimately be granted a permanent residency in the US. I got my green card through my parents and came to the US a few months earlier. He only had $160 in his pocket when he left India, which was stolen at the airport. He got here with nothing in his pocket.

Soon after arriving to the US, he started his first job at a pizza shop and earned $3.50 an hour. His boss trusted him so much that, after only six months, he took an extended vacation and put Akbar in charge of everything in the pizza place, including finances. Akbar later began working at Unisys (a technology company) in around 1987. I started working at Unisys a few months later.

2

2

When he proposed, my mom told me, "I am older and wiser; Akbar will never let you have any financial hardship in your life." After we got married in 1989, he made $7 an hour, but he promised me I didn't have to worry about anything in my life. We then bought our first home with no one's help, one year after our marriage when I was only 28, and he was 30 years. Nine years later, Akbar started his first company. Since then, Akbar has employed about 500 people in his businesses. If this is not the American dream, I don't know what is.

In 1994, we became parents. Although he worked every day, he would take turns with me, feeding and attending to the baby at night. He is a hands-on father, even up to this date, when the girls are 31 and 29 years old. They absolutely adore him. Akbar always taught our daughters that they can get anywhere they want if they study, get the highest degree possible, work hard, follow the rules and regulations, and seek out all the opportunities that the US has to offer all of us.

Akbar has an immense respect for women, including our two daughters and me. Akbar's dad died when he was nine, and his mom raised all eight kids by herself. His siblings are all well-rounded and successful people. Akbar's mom was an exceptional and strong lady and shaped Akbar to be the man he is today.

When the government changed in Iran in February 1979 and the new government imposed their rules on Iranian people and forced women to wear a Hijab, the Iranian women took to streets of major cities in Iran on March 8, 1979 (the International Women's Day). Akbar told me that during the demonstration in Shiraz, Iran, he helped create a human shield to protect the women from the attacks by the Revolutionary Guards. When from 1981 to 1984, the Iranian and Indian women held demonstrations for women's rights, Akbar and other men who believed in equality for women were there to support them.

Last year, when the global Iranian women's rights movement (Women, Life, Freedom) started in Iran, Akbar attended almost every demonstration in San Diego, Orange County, and Los Angeles to support freedom for people and equality for women in Iran and around the world again.

Akbar also is a big advocate of giving back to society and encourages me and our daughters to give back to the community. A few years ago, Akbar encouraged me to volunteer at the IRC - "International Rescue Committee." This is the organization that brought Akbar to America as a refugee. I was honored to volunteer at IRC and give back my time and money. He also encouraged me to teach English to refugees, which I did through the Salvation Army.

Akbar also gives back to his employees and is a fair and kind boss. In 1999, when he started his first business, QThink, he hired 20 people from India to work here. In

3

3

addition to that, in 2007, he opened an office in Bangalore, India and hired entry-level employees and new grads as engineers, even though the India office didn't make much profit. I remember, in 2005, when one of his Program Managers at QThink couldn't work anymore because he had to care for his dying wife, Akbar helped pay for his health costs for a few years until she passed away. I can't describe the amount of gratitude he has for Akbar. I will also never forget when in 2001, his new employee from India, who had arrived in the U.S. a few days prior, called him at 3 am with severe pain, asking him for help. He took him to the hospital that night rather than just calling 911.

Akbar always shares his success with his family, financially supporting them in times of need. And his generosity goes beyond our family. When his brother and his wife who live in Canada couldn't work during the pandemic, Akbar helped them financially. When one of our closest friends, a very successful businessman with a wife and three kids, lost his businesses, Akbar gave him $100K to start another business. When his favorite local restaurant went out of business during the pandemic, the owner was forced to open a food truck. I saw Akbar ordering 15 different food items from him to go. When I asked him, "Why are you ordering so much food? We only need two things." He told me, "I am ordering more food to help him with his business and also help people who need food during the pandemic."

Anybody who knows Akbar also knows he treats everyone like family. Life for him is family, friends, and good conversation over a dinner table. He loves to cook and feed his guests. He is a great host. When my dad passed away in 2013, he invited over a 100 people to our house for the memorial service and fed everyone. He did the same for my brother who passed away a few weeks ago. Akbar made all the arrangements for the ceremony by himself even though he was feeling very ill and eventually had to go to the hospital due to mismanagement of his medications.

Most importantly, Akbar is the pillar of our family. Akbar was beside me nonstop when in 1988 ████████████████████████████████████████████████████████████████. He was with me in 2010, when my dad was bedridden at home for a year and a half, and we had to take care of him 24 hours a day, seven days a week. Akbar was there to handle the financial burden on my family. Anybody who has been in this situation knows how expensive that could get very quickly.

Akbar was my source of strength when my younger sister died at home from cancer in May 2020, three months after her diagnosis. When my brother took his last breath in July 2023, Akbar held his hand. Akbar is my ROCK.

I look back on the last 44 years and see a man who has overcome unbelievable adversity - who fled his country, made a name for himself, endured extreme health conditions, and persevered, nonetheless. A man who has given back at EVERY STAGE of his journey. Akbar is the glue that keeps our family together. Without him, I cannot

imagine how I can continue my life. I am honored to be his wife. I am honored to call him my husband.

Sincerely,
Fariba Shokouhi



Mr. Shokouhi and his father







The Honorable Cynthia Bashant
United States District Court Judge

Dear Judge Bashant,

I am writing to you today on behalf of my father, Akbar Shokouhi. It's hard to encapsulate the person my dad is in words but the best way I know how to start is by expressing that my dad is the best person I have ever known. My whole life he has been my rock, my source of unconditional love, and my biggest inspiration. He is entirely honest, caring, hardworking, and resilient. Everything about the person I am today is a testament to the way my father raised me and everything I have achieved has been in an effort to make him proud.

At the age of 20, my dad made the difficult decision to leave his family and home country of Iran to attend university and pursue a college degree in India, something that was not possible in Iran due to the outcomes of the 1979 Iranian Revolution. This was the first of the many sacrifices he made in pursuit of creating a bright future for himself and his family. While in India, he met my mom and together they decided to immigrate to America after university to ensure their future children had every opportunity available to them. Everything they've done since then has been consistent with the goal of helping me and my sister live a happy, fulfilled life.

Since coming to the US, I have firsthand witnessed my father's dedication to working hard and building his life from the ground up. From working at a pizza shop, to becoming a technical engineer, to founding his own company and pouring himself into it over 11 years, to eventually selling it, he methodically worked through each step towards his goals and achieved what all immigrants hope to when coming to America. His achievements are a testament to his remarkable character and unwavering work ethic. I was lucky enough to be a witness to these achievements while growing up and saw the American Dream unfold before my eyes. Through it all, he instilled in me the profound importance of doing things the right way, even when it seemed easier to compromise. His commitment to hard work, honesty, and honorable conduct has been the cornerstone of his character, becoming a role model not only for me but for all those fortunate enough to cross his path.

My dad always made it clear that his ambition in being successful was primarily to lift up those around him. Every time he would talk about growing his company, he would quantify it in terms of how many additional people he could hire and in turn how many more families he could support. One of the first things he did when he started gaining success was fund a scholarship aiding Iranian-American youth to pay for higher education degrees. When my childhood best friend Kelsey, someone my dad considered a third daughter, gained admission to the PhD program at Johns Hopkins School of Public Health and was struggling to afford the tuition, my

dad immediately offered to help pay the costs with certainty that Kelsey's brilliance and devotion to childhood health would ultimately make the world a better place. His generosity and altruism has had and will continue to have a true positive impact on our community.

Despite the time and energy he dedicated to growing his career, he had an even larger dedication to being an amazing husband and dad to our family. There was never one moment in my entire life where I didn't feel like my dad would drop everything to be 100% there for me. Whenever I needed him, he was there, no questions asked. I could fill up hundreds of pages with examples of all the ways he's been there for me, but here are a few of my favorites. Countless times, I would get sick or hurt on the playground in elementary school, and anytime the school called my dad in the middle of the workday, he would pick up the call instantly, drop what he was doing, and be there with his arms around me within 30 minutes. Whenever I had a dance performance or competition, he would clear his schedule and drive long hours if needed to be there. To this day, he has never missed a performance. Whenever I would have to stay up late cramming for exams or filling out college applications, he would stay up with me to make sure I was okay, and always made me a sandwich before going to bed as a reward for my work.

Most memorably, ████████████████████████████████████████████████████████████████████████████████████. I was living at home because of the pandemic, and although I thought that would be my worst nightmare as a 24-year old, it turned out to be the biggest blessing. My dad was by my side every single day, cooking for me, making plans to get me (safely) outside the house, watching all my favorite TV shows with me, anything he could do to help me feel better. ████████████████████████████████████████████████████████████████████████████████████. He truly embodies the title of "best dad ever" and his selflessness and dedication to his family is something I strive to emulate everyday.

Through it all, my dad has struggled with chronic health issues. Growing up, he went to great lengths to shield me and my sister from the reality of what he was going through. He was always smiling, always showing up, always powering through. But in the last 5-10 years, his health has declined so significantly that it's no longer something he can hide. ██████████ ████████████████████████████████████████████████████████████████████████ and still insists on being the strong, present father he's always been. Despite everything, he remains unshakably optimistic. His refusal to be defined by his illness is the reason he's still here today and the reason I've learned what true strength and resilience look like. He is the definition of mind over matter.

2

9

The scariest moment of my life was during my sophomore year at the University of Michigan, when my family flew in to watch me perform in a dance show. ███████████████████████████████████████████████ I spent every day by his side, terrified. That experience shattered any illusion I had that he was invincible. Ever since, anytime I see a "can you talk?" text from my family, my heart sinks, because more often than not, it means something is wrong with his health. Even though I live in New York, I drop everything to fly home to be with him, just as he's always done for me. ███████████████████████████████████████

███████████████████████████████████████

██████████████████████████

Since my father has been charged, my entire family's lives have been completely altered. This is never something any of us, including my dad, would have ever expected, based on the high moral standard my family lives by. Despite the challenging times we're facing, there has not been one moment where my mother, sister, and I have wavered in our support for my father. The second I heard of his arrest, I dropped everything and flew across the country from where I live in NYC to be by his side, just as he did for me all those times throughout my childhood. I will continue to stand by my dad and unconditionally support him because I know that the charges he is facing right now are entirely out of character for him and could not be less representative of the person that he is at his core - a one of a kind, honorable man.

My dad is a pillar for his family, his friends, and his community. I am so incredibly lucky to call Akbar Shokouhi my father. I hope you take this letter into consideration and that it gives you a glimpse into the amazing and honest person my father is, coming from one of the people who know him best.

Sincerely,
Hanna Shokouhi

The Honorable Cynthia Bashant
United States District Court Judge

Dear Judge Bashant,

I am writing to you on behalf of my father, Akbar Shokouhi. I'm not sure if you hear this often, but my father is the best person I know. I sincerely cannot believe I have been blessed with such an inspiring, kind, compassionate, generous, intelligent, and brave father. It is something I am grateful for every single day of my life because of how special this man is.

My dad immigrated to the United States after leaving Iran due to the 1979 revolution. He met my mother in India where they both went to college. "Love at first sight" was what we were told about our parents. Every family member throughout my life told my sister and I how inspiring the relationship my parents had was. Everyone wanted a love like theirs. After college, both my parents came to the United States to start their life. My dad began his journey in America working at a pizza shop. One of the most beautiful things I think I have been able to experience is witnessing what my father achieved from the moment he stepped foot in this country to the man he is today.

When I was born in 1994, my family lived in a small condo in San Diego. Despite these humble beginnings, my childhood memories are filled with so much love. My parents needed help raising my sister and I while working full time jobs, so that little condo was filled with cousins, grandparents, uncles, and aunts. I saw a home filled with loved ones, all of whom had love, respect, and admiration for my parents and their dedication to creating a life here for their family. As time went on, and we moved neighborhoods or changed homes, this sentiment never changed. Our family home has always been a gathering place. A place for family, friends, and community members to come together, grieve, celebrate holidays, birthdays, marriages, fundraisers, and everything in between. In the summer of 2023, my uncle was in the ICU at UCSD experiencing his final days. My parent's home was filled with upwards of thirteen family members from all over the country.

I reflect on this because my father has always put family first, despite what he has achieved. He taught us to always put family first, to be kind, welcoming, and giving. Values that are very aligned with the Iranian culture my father instilled in us. Values that I am so grateful for to this day. I have loved being able to share my culture with the people around me and so many of my favorite parts of me come from Iranian values. My father taught us to always treat others with respect, especially your elders, be courteous, strive for greatness, and when you achieve that greatness, *always* remain humble and give back.

To this day, my father lives for the well-being of those around him. When my cousin ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, he was the only family member who consistently visited her and supported her financially, without question, even when everyone argued that she needed to figure it out on her own. Whenever family members wanted to visit but couldn't afford it, my father would pay for their travel without hesitation. And when my sister or I were away at college, sick with the flu, he would stay on the phone with us until we fell asleep, just so we wouldn't feel alone. His love is so pure, deep, and unrelenting. It's in the thoughtful Persian breakfasts he prepared for us in high school ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Feta sandwiches with fresh herbs on special bread from the

1

11

Iranian market, thermoses of hot tea, all while he was running a business and carrying the emotional weight of our household, but never letting us see his worry. Only his joy. His strength.

When we adopted my childhood dog, Nemo, when I was in 8th grade, I remember my dad saying "I will rent an apartment before I let a dog come into our home," classic Iranian dad. And when that dog came home, who became his best friend? My father. That dog, for 14 years, was by my dad's side. When Nemo didn't go out for a day (he had very short legs and was not a walker), my dad would take him for a car ride around the neighborhood just so Nemo could be happy. He would always sneak Nemo treats because in my father's words, "I can't not feed any living creature who looks at me that way." He would take Nemo to the office and let him sit on the chairs during board meetings because it made everyone in the office happy (and of course made our gentle Nemo very happy). When we had to put Nemo down in 2021, no one cried harder than my dad, I've never seen him that way before. And when he caught his breath he said, "I have never thought I had "best" friend in my life. Nemo was my best friend." That's who he is. A man of sincere tenderness. A man who never stops loving - whether it's people, or animals, or the life he worked so hard to build.

He made me love my culture deeply. Telling me stories of Persian folklores and heroes, always making sure I knew that women could be just as strong, just as brave, just as worthy of being the hero. My father lost his own father at a young age, and was raised by a mother who cared for eight children on her own. Everything he learned about love, responsibility, and integrity, he carried forward. He taught us how to be good people not by preaching, but by example. He always ordered extra food so no one would go hungry at the table. He donated to UCSD year after year in gratitude for the doctors who kept him alive. He stood outside in the cold until we drove away. He waited up at night until we were home safe. When I was a child, he once rented a van and took all of my friends to Disneyland, paying for everyone's tickets, because not all of them could afford to go. My father showed us what the purest form of love looks like through his actions, again and again and again.

I was always so enamored by the life he built, how hard he worked, and how many people's lives he changed. When he started his company, QThink, in 1999, I remember how proud we all were. I have fond memories of going to his office and meeting all of his employees who were so grateful for my father and constantly told me he was "the best boss". When the housing crisis happened, my dad's primary concern was his employees. He would tell us about his employees during our evenings at home, and during those hard economic times he worked even longer hours, doing whatever he could to ensure his employees' security and success. I remember the day my dad came home on the verge of tears when he had to let go of a few employees or else risk losing the company. I was sitting on the floor crying as he told me the story, begging him "what if you didn't fire anyone?" That is when I learned how business works.

I remember when I wanted to start a business at the age of twenty-three. I was feeling so distraught over the stigma surrounding sexual and reproductive health in 2017. I felt passionate about creating a company and product that could help donate and support a mission I was aligned with. And who was my biggest supporter? My dad. He believed and invested in me. He was the one who encouraged me to follow my dream. He was the one who made me *believe* I could launch and run a successful company. He taught me how to apply for an LLC, how to negotiate, how to be a leader, and so much more. He was my mentor. And the only thing I wanted to do in the world was make this man proud.

2

My business, b.WR (b.WEAR), small but mighty, has supported and donated thousands of dollars to organizations including Cure Cervical Cancer, National Breast Cancer Foundation, and Planned Parenthood to name a few. None of this would have been possible without my father. Even in college, giving back was something that was so important to me; a quality instilled in me by my father, who gave back to his community constantly as I was growing up. Throughout the years he has donated to the Red Cross, Ayeneh Foundation, IAWF (Iranian American Woman Foundation), San Diego Museum of Art, San Diego Cultural Center, student scholarships, and more. It inspired me immensely. In the 2012-2013 school year, my first year of college, I was named top fundraiser for Fred Hutchinson Cancer Research Center in Seattle and I never would have been able to do it without my dad.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ That is who my father is. That is how much he means to the people in his life. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. As inspiring as my father's life has been, this man has been through more hardships with his health than anyone should ever endure. And even so, he always prevails and keeps going.

This past April, just weeks after the trial concluded for other defendants involved in the case, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

My father is an extremely receptive and accommodative man. He has no sense of pride when it comes to accommodating the people around him, some may argue to a fault. He wants everyone - his family, his friends, his co-workers - to be comfortable and happy. I hate to use the word "people pleaser" but that is my dad. This also ties into his receptiveness. My father is an intelligent man and one of the least stubborn individuals you will ever meet. He learns quickly. I've been so fortunate to have a father that is willing to

3

not only listen to his daughters, but be willing to be educated by them, as political landscapes, ideologies, and societal norms change in real time.

Whenever my dad won, everyone around him won. Family members, individuals, and communities in need all received checks when he sold QThink. As my dad would say, "money is nothing unless you give back or share it with your loved ones." His generosity knows no limit. Even to this day when our lives have been torn apart.

To say that this charge against my father is out of character for him is a severe understatement. When my little sister called to tell me of the news and she said the words "arrested" I was desperately racking my brain to try and figure out, "what could Dad be arrested for??" I remember in those moments, nothing came up. It was the biggest shock of my life. This is the guy that lectured us until we groaned about how to be a law abiding citizen, never do drugs, stay in school, always give back, aspire for greatness, and always pay your taxes on time.

This experience has been the biggest testament to his character. As I sat on the phone with my sister and mother, sobbing, worried if he was getting his medication in jail, trying to understand what was going on and why something so cruel would happen to a person like my father, the coming days were extraordinary. Naturally when an event like this occurs, you expect to be ostracized, met with judgment, cast out. The exact opposite happened. My sister and I immediately dropped everything to travel home and support our dad. When my dad came home, he was met with hundreds of messages. I've never seen an outpour of support such as what I saw the week after his arrest. Family, friends, and even acquaintances standing with him for the sole reason of who he is. There is not a bone of malice in my father's body, and no matter what, hundreds of our friends and family support him, because they know who he truly is. If that doesn't reflect my father's character, at its core, I don't know what will. Even as I type this now, I feel emotional as I think of how many people have come to our family home and wouldn't leave my father alone, just in the simple effort of making sure he knew that he was supported and loved.

Every single person who meets my father feels his warmth. His love. His compassion. His generosity. If goodness had a face, it would be my father's. He deserves the world. If you knew this man, I bet with every fiber of my being you would feel the same.

It is an honor to be Akbar Shokouhi's daughter. I cannot think of a bigger blessing.

Sincerely,
Sara Shokouhi