# Exhibit C – Select Charitable Contributions



**Iranian-American Scholarship Fund** *Supporting Excellence*

P.O. Box 500835, San Diego, CA 92150 • Phone (858) 663-0336 • Fax (619) 374-7335 • www.iasfund.org

Mr. & Mrs. A. Shokouhi          September 2016
5418 Harvest Run Dr
San Diego, CA 92130

Dear Mr. and Mrs. Shokouhi,

From among a very strong pool of scholarship applicants for the academic year 2016-17, the Reviewing Committee recommended to the Board total of 21 outstanding students (9 graduates and 12 undergraduates). These students represent a broad range of disciplines and fields of specialization at different colleges and universities throughout the nation. Enclosed please find a list of our scholarship recipients for the coming academic year. This list has been posted on our web site.

I am happy to inform you that, for the academic year of 2016-17, **The Sara and Hanna Shokouhi Annual Scholarship** has been awarded to **Layla Finjan** an outstanding graduate student at the UCLA, studying Dentistry.

We sincerely appreciate the establishment of this scholarship, and hope for your continued support and your named scholarship for many years to come.

Please accept the Board and my personal gratitude and appreciation.

Sincerely,


Ali Gheissari
Chair, Board of Directors
http://www.iasfund.org/
www.facebook/iasfund.org


Encl./


Board of Directors: Klara Afsahi; Sarah E. Aghassi(Secretary), Esq; Shahri Estakhry; Ali Gheissari, PhD (Chair); Gita Khadiri, Esq; (Vice-Chair); Susan Missaghieh Motlagh; Haleh Tayebi; Majid Zarrinkelk,CPA (Treasurer)

Advisory Board: Mahasti Afshar, PhD; Behrooz Akbarnia, MD; Touraj Daryaee PhD; Mariam Khosravani; Mahmood Mahdavi, MD; Farhang Mehr, Professor Emeritus Boston University; Jasmin Moshirpour, MD; Nasrin Rahimieh, PhD; Hossain Ronagh, MD; Touraj Daryaee, PhD  Vali Nasr, PhD; Massih Tayebi, PhD.

1



**Iranian-American Scholarship Fund**
*Supporting Excellence*

P.O. Box 500835
San Diego, CA 92150
(858) 552-9355
www.iasfund.org

The Board of Directors of the Iranian-American Scholarship Fund (IASF) awards an annual named scholarship from the general fund to honor and/or memorialize an academic of Iranian heritage whose outstanding work and contributions deserve this special recognition. This year IASF is honored to allocate such scholarship to Mr. Noureddin Zarrinkelk in appreciation and recognition of his lifelong dedication and contribution to Iranian animation and graphic arts and the training and inspiring of our younger generation of talented and dedicated Iranian artists. www.zarrinkelk.com

The Board would like to extend sincere thanks to all who have supported this Scholarship Fund for the past 18 years. Scholarships for the 2016-17 academic year will be awarded to 21 outstanding applicants. This brings our total to 271 scholarships awarded to date. Congratulations to this year's recipients.



| 2016-17 Graduate Recipients | | |
|---|---|---|
| → | Layla Finjani<br>UCLA – Dentistry | The Sara and Hanna Shokouhi Annual Scholarship (1) ←<br>The Rointun Bunshah Annual Memorial Scholarship (2) |
| | Maryam Mirbagheri<br>CA Inst. of Arts<br>Music Composition | The Soheil Nasiri Annual Memorial Scholarship (3)<br>The Atoosa Zahirnia Katouzian Annual Memorial Scholarship (4) |
| | Anahita Nourmahnad<br>Harvard – Medical | The Behrooz and Nasrin (Owsia) Akbarnia Annual Scholarship<br>The Mahmood and Fereshteh Mahdavi Annual Scholarship<br>The Raiszadeh Family Educational Annual Scholarship |
| | Roya Pakzad<br>Columbia – Human Rights | The Farhang and Parichehr Mehr Annual Honorary Scholarship (5)<br>The M. Ali Aghassi Annual Memorial Scholarship (6)<br>The Lotus Childrens Foundation Annual Scholarship (7) |
| | Farnoosh Rafaie<br>Harvard – Architecture | The Habib Tayebi Annual Honorary Scholarship (8)<br>The Belghys Tayebi Annual Memorial Scholarship (9)<br>The Massih and Haleh Tayebi Annual Scholarship |
| | Neusha A. Rahmati<br>Texas A & M- Dentistry | The Michael and Anita (Varzi) Akavan Annual Scholarship<br>The Maroon Family Annual Scholarship<br>The Mojdeh Akhavan Annual Scholarship |
| | Rozhan Sadr<br>U. of Illinois at Chicago<br>Pharmacy | The Qualcomm Scholarship<br>The Medical Billing Specialists, Inc. Annual Scholarship |
| | Nahid Soltanzadeh<br>Pennsylvania State U.<br>Education | The Noureddin Zarrinkelk Honorary Scholarship (10)<br>The Persian Cultural Center and ISSD Annual Scholarship |
| | Shirin F. Wertime<br>Middlebury Inst. of<br>International Studies | The Susie and Kazem Niamir Memorial Scholarship (11)<br>The Jannat Bolandgray Annual Memorial Scholarship (12) |

| 2016-17 Undergraduate Recipients | | |
|---|---|---|
| | Ida Abhari<br>USC – Philosophy<br>Iranian Studies | The Abdol H. Mani Memorial Scholarship (13)<br>The Ross and Kelara Afsahi Annual Scholarship<br>The Peyman and Maryam (Famourzadeh) Farhat Scholarship |
| | Saalar Aghili<br>UC Berkeley<br>Econ & Business | The Soleyman Berjis Annual Scholarship<br>The Ghodsieh Azizi Annual Scholarship<br>The Jihmye Collins Annual Memorial Scholarship |
| | Emon Alavi<br>Florida Atalntic U.<br>Biology Sciences | The Amirnovin Family Annual Scholarship<br>The Kian and Roshan Saneii Annual Scholarship<br>The Ziatabari Foundation Annual Scholrship |
| | Goncheh Azadeh<br>U. of Oregon – Philosophy | The Anita and Aptin Ghods Annual Scholarship<br>The Ariana and Neeka Zarei Annual Scholarship (14) |



**Iranian-American Scholarship Fund**
*Supporting Excellence*

P.O. Box 500855
San Diego, CA 92150
(858) 552-9355
www.iasfund.org

| Student | Scholarship |
|---|---|
| Yasaman Boromand — UCLA – History | The Zarrinkelk, Kashefipour, Co. Annual Scholarship; The Firouzan Gheissari Annual Memorial Scholarship (15); The Iranian American Women Foundation (IAWF) Annual Scholarship |
| Yasaman Javdan — Virginia Commonwealth, Biology | The Majid and Negar Shahbaz Annual Scholarship; The Jafar Farnam Annual Scholarship; The Kaveh and Soraya Bagheri Family Annual scholarship |
| Samin M. Kamangar — UC Davis, Computer Science | The Moussavian Scholarship Fund (16); The Fred and Gita (Khadiri) Khoroushi Annual Scholarship; The Mojdehi Family Annual Scholarship |
| Sina Nejad — New School of Architecture, San Diego | The Ali Hashemi Annual Memorial Scholarship (17); The Manouchehr Kavehzadeh Memorial Scholarship (18) |
| Alexa Saravi — U. of Tennessee, Psychology | The Samadi Family Annual Scholarship; The Hamidi Family Annual Scholarship; SUSMA (Shiraz University School of Medical Sciences Alumni) Annual Scholarship |
| Lara Sedaghat — UC Berkeley, Integrative Medicine | The Shamsedeen Zayanderoudi Annual Memorial Scholarship (19); The Mahan Missaghieh Annual Memorial Scholarship |
| Parsa Taleb — UC Berkeley, Mechanical Engineering | The Jamshidi-Zadeh Annual Scholarship; The Habib and Sharareh Hariri Foundation Annual Scholarship; The AIAP (Association of Iranian-American Professionals) Annual Scholarship |
| Aryssa Torabi — U. of Oregon, Biology and Human Physiology | The Ramin and Nika Samimi Annual Scholarship; The Jalali Family Annual Scholarship |

The scholarships listed by numbers have been established by:

1- Mr. Akbar & Mrs. Fariba Shokouhi
2- Mrs. Zohreh Firoozabadi Bunshah
3- Family & Friends
4- Mr. Alex Katouzian & Ms. Mahsa Zahirnia
5- Family & Friends
6- Ms. Sarah Aghassi Esq.
7- Ms. Natasha Tayebi
8/9- The Tayebi Family
10- The IASF Board of Directors
11- Mr. & Mrs. Richard Fuller
12- Mrs. Shahri Estakhry
13- Dr. Nasrin Mani, 14- Mr. Ahmad & Mrs. Nona Zarei
15- Mrs. Farihan Akbarian Gheissari
16- Mr. Amir Moussavian
17- Mrs. Farnaz Mehrayin
18- Mrs. Ehteram Haghparast
19- Mr. Shahyar and Mrs. Laleh Zayanderoudi

*Our sincere thanks to the following (and those who wish to remain anonymous) for making the 2016-17 scholarships possible.*

**Circle of Guardians:** Ross & Kelara Afsahi; Sarah E. Aghassi; Behrooz & Nasrin (Owsia) Akbarnia; Michael & Anita (Varzi) Akavan; Akbar & Shiva (Rassai) Amin; Association of Iranian-American Professionals (AIAP); Kaveh & Soraya Bagheri; Afshin & Shadi (Omidi) Bahador; Tony and Fara Fashandi; Aptin & Anita (Omidi) Ghods; Jay & Kate Hamid; Habib & Sharareh Hariri Foundation; The Iranian American Life Science Network (ISLAN); The Iranian American Women's Foundation (IAWF); Ahmad & Mehrnoush (Masoudi) Jalali; Mohammad & Jila S. Jamshidi-Zadeh; Aliyar Katouzian; Fred & Gita (Khadiri) Khoroushi; Mahmood & Fereshteh Mahdavi; Behnam and Noushin (Berjis) Malekkhosravi; John & Manijeh Maroon; Medical Billing Specialists, Inc.; The Mehr Family; Kourosh & Farnaz Mehrayin; Alex Mogharebi; Mansour & Anahita Moussavian; Nutopia Inc.; Persian Cultural Center & ISSD; Kamshad & Shirin Raiszadeh; Ramin & Nika Samimi; Kian and Roshan Sanell; Majid & Negar Shahbaz; Akbar & Fariba Shokouhi; Shiraz University School of Medical Sciences Alumni Association (SUSMA); Masood & Surinder Tayebi; Massih & Haleh Tayebi; Rouzbeh Yassini (Yas Foundation); Ahmad and Nona Zarei; Zarrinkelk & Kashefipour Co. CPA; Shahyar & Laleh Zayanderoudi; Khosrow & Pari Ziatabari.

**"Other" Category Contributors:** Farihan Gheissari Akbarian; Mojdeh Akhavan; Shadi Ameri Photography; Abbas Bolandgray; Amimovin Family (Novin Corp.); Azure Capri; Bridgewest Business Group; Zohreh Firoozabadi Bunshah; Centro 39; Chic Mommy; Double Helix M&A Firm, LLC; Shahri Estakhry; Ramin Farhangi; Jafar Farenam; Peyman Farhat and Maryam Famourzadeh; Maryam & Richard Fuller; Arthur J. Gallagher & Co.; Halston Heritage; Jim Henderson; Highway 29; Pari Hashemi; Shahrzad Julazadeh; DJ Julius; La Jolla Cosmetic Laser Clinic; Massi Beauty; Trish McEvoy; Medical Billing Specialists, M and M Gems; Mia Brazilia; Moonmilk; The Moussavian Family; Fred and Roxanne Najafian; Khosrow & Shiva Nasr; Norma Kay Collections at La Valencia; Opera Café & Patisserie; Over the Top Gifts; Novin Corp; Pink Lagoon; Plantology Design, Inc; Roya Parviz; ReproMagic; Satori Designs; Secret Table; Shaneh Boutique; Qualcomm; Andre Soriano; Simin and Reza Vagheti; Wells Fargo Bank; W.O. Willis



4

Dear Mr and Mrs. Shokouhi,

My name is Layla Fijany and I am a 2016-2017 recipient of your IABF scholarship. I am extremely thrilled to be selected as a recipient of your scholarship. I would like to thank you for your generosity from the bottom of my heart.

I recently completed my master's in biology at UCSD & will be starting UCLA dental school in a few weeks. Without a doubt, this scholarship will reduce the financial burden placed on me to attend dental school. I can spend more time studying & volunteering in the community, & less time worrying about how to pay for tuition.

I feel so humbled to be supported by the Iranian community that I plan to give back to this support network when I become a dental professional. I hope to one day help students achieve their educational goals, just as you have helped me.

Thank you for your investment in the Iranian community & the futures of students like myself.

Sincerely,
Layla Fijany

4

5



Shokouhi family invites you to an afternoon in support of:

# Ayeneh Foundation

with very special guest -
Founder & President of Ayneh, the beloved & legendary Iranian singer:

# Dariush Eghbali



Ayeneh is a global non-profit organization with a mission to educate and offer awareness in empowering individuals, families and communities to enhance their physical and mental well-being through a smart lifestyle. Please join us for an afternoon of insight and support for Ayeneh.

*If you would like to make a difference and support the Ayneh Foundation, donations are upon individual discretion*

**Date/Time:** Sunday, January 28th, 2018 @ 12:30 PM
**Location:** 4760 Rancho Del Mar Trail, San Diego, CA 92130
**RSVP:** Please respond to this email or text (858) ▮▮▮▮▮▮▮

1

6

# REDACTED

From: **Akbar Shokouhi** <akbarshokouhi@gmail.com>
Date: Fri, Mar 22, 2013 at 11:31 AM
Subject: Invitation
To: Massih Tayebi <███████@gmail.com>, bennym@qti.qualcomm.com, alexk@qti.qualcomm.com, amesri@qti.qualcomm.com, "Kohani, Kaveh" <kkohani@qti.qualcomm.com>, Mehrdad Manesh <mmanesh@qti.qualcomm.com>, "Samak, Massoud" <massoud@asiccare.com>, sshahrok@qti.qualcomm.com, bmansoor@qti.qualcomm.com, "Ardakanizadeh, Mahnaz" <mardakan@qti.qualcomm.com>, rezaj@qti.qualcomm.com, kaveh@qti.qualcomm.com, Amir Moussavian <███@mir3.com>, ███████@yahoo.com, Ross@gslevineins.com, Ahmad Zarei <deltastruc@aol.com>

Dear Friends,

Happy Nurooz, I hope you are having a great time during the Persian New Year,

As you may know my daughter, Sara is a freshman at the University of Washington. She recently got involved in a philanthropy that is working in raising money for the Fred Hutchinson Cancer Research Center in Seattle, one of the biggest research centers for cancer in the country. She has been affected by loss of family friends and has been inspired to get involved in helping to raise money for cancer.
Her goal is to raise $10,000 by the end of next month. Our goal is to donate $5,000 and have Qualcomm match it to hit that $10,000. It would mean a lot if we could get together for a lunch meeting next week to listen to her and hear what she has to say about the cause. She would like to work towards her goal by giving a presentation and being able to educate others about the cause and

1

how important this money is. Any donations can help whether it be large or small.
Please see the attached letter from Sara.

Please let me know your availability next week during the lunch time. I can reserve a conference room, have lunch brought in, and Sara will present to all of you.
It will be great if I hear from you over the next two, three days so we arrange the meeting.

Thanks in advance.

With regards,
Akbar
858

2

2

8



**San Diego Campus**
9645 Granite Ridge Dr.
Ste. 200
San Diego, CA 92123

858.650.3888 main

May 14, 2013

Akbar Shokouhi
5418 Harvest Run Dr.
San Diego, CA 92130

Dear Mr. Akbar Shokouhi,

I have the pleasure of writing this letter on behalf of the University of Phoenix to truly appreciate your contribution to learning of our students in the Strategic Management course in our Kearny Mesa Campus.

You were gracious enough to accept the invitation of Dan Ershadi, the primary instructor of this course, to be a guest speaker in his class despite of your busy schedule. Without a doubt, our students benefited from your in-depth knowledge and vast experience as a CEO and the President of your company, QuantumThink, Inc.

As you might be aware, our university values the practical applications of all the disciplines that we teach in our course curricula. Having the business leaders of our community to share their knowledge and experiences with our students undoubtedly enhances the quality of their education and the value of their learning experiences.

Thank you for inspiring our learners by sharing your success strategies in your own business.

Regards,

Cecilia Williams, Ph.D.
Campus College Chair

**University of Phoenix**
9645 Granite Ridge Dr., Suite 200, San Diego, CA 92123

1

9