DAVID K. WILLINGHAM (Bar No. 198874)
*dwillingham@kslaw.com*
JAMIE A. LANG (Bar No. 253769)
*jlang@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendant
ALI AKBAR SHOKOUHI

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KARIM ARABI, et al.,<br>Defendants. | Case No. 3:22-cr-01152-BAS<br>Honorable Cynthia A. Bashant<br><br>**UNOPPOSED MOTION REGARDING REQUEST FOR INTERNATIONAL TRAVEL** |

Defendant Ali Akbar Shokouhi hereby respectfully requests as follows:

On February 6, 2026, Mr. Shokouhi was sentenced in the above-referenced matter to time served and a term of three years of supervised release. The conditions of his supervised release provide that Mr. Shokouhi "must not knowingly leave the federal judicial district where [he] is authorized to reside without first getting permission from the court or the probation officer." ECF 541 at p. 4. To date, Mr. Shokouhi has been compliant with the terms and conditions of his release.

Mr. Shokouhi wishes to travel to Toronto, Canada from September 15, 2026 to September 24, 2026 to visit his brother, who lives there. Mr. Shokouhi's probation officer does not oppose this request (and has approved his request to travel to New York from September 24 through September 29, 2026 to visit his daughter) but instructed Mr. Shokouhi to seek the Court's permission for his trip to Toronto because it is international. The government does not oppose this request.

Accordingly, for the reasons stated above, Mr. Shokouhi respectfully requests through this motion that the Court allow Mr. Shokouhi to travel to Toronto, Canada from September 15, 2026 to September 24, 2026.

Respectfully submitted,

Dated: August 18, 2026

KING & SPALDING LLP

By: <u>*/s/ David K. Willingham*</u>
David K. Willingham
Jamie A. Lang
*Attorneys for Ali Akbar Shokouhi*