UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALI AKBAR SHOKOUHI (4),

Defendants.

Case No. 3:22-cr-01152-BAS-4

**ORDER GRANTING UNOPPOSED MOTION REGARDING REQUEST FOR INTERNATIONAL TRAVEL**

IT IS HEREBY ORDERED that for the reasons outlined in Defendant Ali Akbar Shokouhi's Unopposed Motion Regarding Request for International Travel, the request to allow Mr. Shokouhi to travel to Toronto, Canada from September 15, 2026 to September 24, 2026 is GRANTED.

**IT IS SO ORDERED.**

DATED: 8/21/26

Hon. Cynthia Bashant, Chief Judge
United States District Court